**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's May 29, 2014 pro se motion for mandamus. *See Rudd v.*

*State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).


/s/      CAROLYN WRIGHT
CHIEF JUSTICE